# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO MELERO AGUIRRE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. 2:21-cv-08125-MWF (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Dismissing Petition For Lack Of Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Court.

DATED: November 29, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE